# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00612-CV

### Old WCA, LP f/k/a Wheeler Coatings Asphalt, LP, Appellant

### v.

### Safeco Insurance Company of America and Liberty Mutual Insurance Company, Appellees

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 12-0108-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Old WCA, LP f/k/a Wheeler Coatings Asphalt, LP and appellees Safeco Insurance Company of America and Liberty Mutual Insurance Company have notified this Court that they no longer wish to pursue this appeal and have filed an agreed motion to dismiss it. We grant the parties' motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Joint Motion

Filed:   January 10, 2014